851 A.2d 834

COMMONWEALTH of Pennsylvania, Respondent

v.

Jack WIGGINS a/k/a Laboy Wiggins, Petitioner.

Supreme Court of Pennsylvania.

May 13, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 13th day of May, 2004, the Petition for Allowance of Appeal is GRANTED, the Superior Court's judgment is VACATED and Petitioner's PCRA petition is hereby DISMISSED. *Commonwealth v. Robinson,* 575 Pa. 500, 837 A.2d 1157 (2003).